# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Nilder Gonzalez Mendoza

**Petitioner,**

**V.**

See Attachment

**Respondent.**

**Civil Action No.** 26-cv-2495-AGS-DEB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Because petitioner did not "show cause" by "May 11, 2026," this habeas petition is dismissed as duplicative. (See ECF 5). The case is hereby closed.

**Date:** 10/16/2026

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Fujita
M. Fujita, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 26-cv-2495-AGS-DEB

Respondents:

U.S. Department of Homeland Security

Todd M. Lyons
Acting Director of U.S. Immigration and Customs Enforcement

The Warden
Imperial Regional Detention Facility

The Field Office Director
ERO El Centro

Does 1-10